# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFERY WILEY**                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 2:23-cv-00085 KGB**

**SUN LIFE ASSURANCE**
**COMPANY OF CANADA**                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses the action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

It is so ordered this 17th day of June, 2024.

_____
Kristine G. Baker
Chief United States District Judge